FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 1 3 2011

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# EXHIBIT A:
## STIPULATED FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **MICHAEL MOSKAL** was a resident of Upper Marlboro, Maryland. On July 31, 2009, an FBI Task Force Officer, operating in an undercover capacity ("UC"), was conducting an online investigation into individuals engaging in the sexual exploitation of children. While online, the UC received an instant message from an individual utilizing the screenname, john_n_liljenn, who identified himself as a 41 year old male residing in Maryland. This individual stated he had an interest in Asian children between the ages of nine and 12. He then identified a website titled "Asianbabecam" and provided the UC a link to the website.

During the course of this chat with the UC, john_n_liljenn, later identified as **MOSKAL**, provided step-by-step instructions on how to access and purchase a live sex show through Asianbabecam with mothers and their young children. **MOSKAL** then stated he paid for a live sex show involving an adult female and a five year old female child for the cost of $20.00. **MOSKAL** identified specific performers and the specific sex acts they would engage in with children.

The Asianbabecam website operates out of the Philippines. The website offers paying customers live sex shows involving both adult females and adult females with children under the age of 18 years. On July 31, 2009, the UC followed the instructions provided by **MOSKAL** for the Asianbabecam website and was offered a live sex show between and adult female and an eight year old child. During approximately 20 further attempts to access the site following the instructions provided by **MOSKAL**, the UC was offered sex shows involving an adult females and a minor children.

On November 20, 2009, following the identification of john_n_liljenn as **MOSKAL**, FBI agents executed a federal search warrant at **MOSKAL**'s residence. During the search, agents interviewed **MOSKAL**, who advised that he was aware of a website involving Asian models using web cams where an individual could view sexual material involving Asian girls. **MOSKAL** stated he was aware an individual could pay for a private sex show and advised that while he had visited this website, he had not purchase any private sex shows. **MOSKAL** advised that the agents might find webcam captures of models from the Asianbabecam website on his computer. **MOSKAL** also stated that he downloaded child pornography from websites and is sexually aroused by children as young as four years old. During the course of the search, agents seized digital media, including computers.

1

Forensic analysis of **MOSKAL**'s seized digital evidence revealed approximately 719 images and 65 videos depicting children engaged in sexually explicit conduct. On or about November 20, 2009, in the District of Maryland, **MOSKAL** possessed the following images, among others:

* an image titled, "0be5680d.jpg," which depicts a toddler female performing oral sex on an adult male who is holding her.

* an image titled, "51845ae0.jpg," which depicts a toddler female, naked below the waist, holding her legs open and exposing her genitals to the camera.

* an image titled, "(PTHC) 7yo Vera Full (excelente).mpg," which is a 23 minute, 19 second long video depicting a pre-pubescent female undressing, urinating and then bending over to expose her genital area while the camera zooms in. The video continues with the pre-pubescent female masturbating while sitting in the trunk of a car. She masturbates an adult male and performs oral sex on him before he vaginally and anally penetrates her.

Pursuant to identification by the National Center for Missing and Exploited Children, several images were identified as depicting known victims and therefore depict actual minors engaged in sexually explicit conduct. These victims did not reside in nor were the images produced in Maryland; the images therefore traveled in interstate and foreign commerce.

\* \* \*

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

June 13, 2011
Date

Michael Moskal

I am Michael Moskal's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

6.13.2011
Date

David I. Weinstein, Esquire

2